| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-13645 / MBK**

Elizabeth N Dupras

Petition Filed Date: 03/02/2020
341 Hearing Date: 04/02/2020
Confirmation Date: 05/05/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/27/2020 | $800.00 | 66654150 | 04/23/2020 | $800.00 | 67349560 | 06/01/2020 | $1,240.00 | 68280880 |
| 06/15/2020 | $620.00 | 68632740 | 07/02/2020 | $620.00 | 69111000 | 07/28/2020 | $1,240.00 | 69681070 |
| 08/18/2020 | $1,240.00 | 70201690 | 09/23/2020 | $1,240.00 | 71048550 | 10/20/2020 | $1,240.00 | 71698110 |
| 11/23/2020 | $1,240.00 | 72542980 | 12/18/2020 | $1,240.00 | 73168270 | 01/11/2021 | $1,240.00 | 73726430 |
| 02/23/2021 | $1,240.00 | 74686170 | | | | | | |

**Total Receipts for the Period: $14,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth N Dupras | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kirsten B. Ennis<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | SUMMIT MEDICAL GROUP | Unsecured Creditors | $616.00 | $0.00 | $616.00 |
| 2 | M&T Bank<br>»»  P/103 MOUNTAIN AVE/1ST MTG/ORDER 5/5/2020 | Mortgage Arrears | $44,121.14 | $7,722.51 | $36,398.63 |
| 3 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $288.29 | $0.00 | $288.29 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  FAIR SQUARE | Unsecured Creditors | $279.64 | $0.00 | $279.64 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  CELTITC BANK/INDIGO MC | Unsecured Creditors | $448.05 | $0.00 | $448.05 |
| 6 | THE BANK OF MISSOURI DBA FORTIVA | Unsecured Creditors | $367.03 | $0.00 | $367.03 |
| 7 | ALLY CAPITAL<br>»»  2014 GMC ACADIA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | ALLY CAPITAL<br>»»  2013 KIA SPORTAGE | Debt Secured by Vehicle | $11.22 | $0.00 | $11.22 |
| 9 | ALLY CAPITAL<br>»»  2012 NISSAN MAXIMA | Debt Secured by Vehicle | $43.54 | $0.00 | $43.54 |
| 10 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $358.14 | $0.00 | $358.14 |
| 11 | M&T Bank<br>»»  103 MOUNTAIN AVE/ATTY FEES 12/15/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $10,503.51 | Current Monthly Payment: | $1,240.00 |
| Paid to Trustee: | $1,158.20 | Arrearages: | ($1,240.00) |
| Funds on Hand: | $2,338.29 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**