B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:  
ELIZABETH N DUPRAS

Case No. 2013645

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

THE BANK OF MISSOURI  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 6  
Amount of Claim: $367.03  
Date Claim Filed: 05/01/2020

Phone: (877)829-8298  
Last Four Digits of Acct # : 3675

Phone:  
Last Four Digits of Acct #: 3675

Name and Address where transferee payments Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
THE BANK OF MISSOURI  
916 NORTH KINGSHIGHWAY  
PERRYVILLE MO 63775

Phone: (877)829-8298  
Last Four Digits of Acct # : 3675

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Martine Evans  
   -------------------------------------------  
   Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 9/15/2021

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**EXHIBIT II**

BILL OF SALE

For value received and in further consideration of the mutual covenants and conditions set forth in the Chapter 13 Account Purchase Agreement (the "Agreement") dated March 31, 2021 by and between The Bank of Missouri ("Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Lot Number:                    20-1151

Aggregate Unpaid Balance:      [REDACTED]

Number of Accounts:            [REDACTED]

DATED: April 7, 2021

SELLER: The Bank of Missouri

By: _Martha J Rollet_
     Martha Rollet (Apr 2, 2021 09:51 CDT)

Name (print): Martha Rollet

Title: Chief Operations Officer