| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-13645 / MBK**

Elizabeth N Dupras

Petition Filed Date: 03/02/2020
341 Hearing Date: 04/02/2020
Confirmation Date: 05/05/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2021 | $1,240.00 | 73726430 | 02/23/2021 | $1,240.00 | 74686170 | 03/23/2021 | $1,240.00 | 75457380 |
| 05/03/2021 | $1,240.00 | 76382320 | 06/01/2021 | $1,240.00 | 77041960 | 06/29/2021 | $1,240.00 | 77720860 |
| 07/12/2021 | $1,240.00 | 78046330 | 08/24/2021 | $1,240.00 | 78994390 | 10/04/2021 | $1,240.00 | 79883670 |
| 10/18/2021 | $1,240.00 | 80205480 | 11/15/2021 | $1,240.00 | 80815190 | 12/28/2021 | $1,240.00 | 81668790 |
| 01/10/2022 | $1,240.00 | 81989810 | | | | | | |

**Total Receipts for the Period: $16,120.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,640.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth N Dupras | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kirsten B. Ennis<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | SUMMIT MEDICAL GROUP | Unsecured Creditors | $616.00 | $0.00 | $616.00 |
| 2 | M&T Bank<br>»» P/103 MOUNTAIN AVE/1ST MTG/ORDER 5/5/2020 | Mortgage Arrears | $44,121.14 | $21,499.12 | $22,622.02 |
| 3 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $288.29 | $0.00 | $288.29 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  FAIR SQUARE | Unsecured Creditors | $279.64 | $0.00 | $279.64 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  CELTITC BANK/INDIGO MC | Unsecured Creditors | $448.05 | $0.00 | $448.05 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BANK OF MISSOURI | Unsecured Creditors | $367.03 | $0.00 | $367.03 |
| 7 | ALLY CAPITAL<br>»»  2014 GMC ACADIA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | ALLY CAPITAL<br>»»  2013 KIA SPORTAGE | Debt Secured by Vehicle | $11.22 | $0.00 | $11.22 |
| 9 | ALLY CAPITAL<br>»»  2012 NISSAN MAXIMA | Debt Secured by Vehicle | $43.54 | $15.63 | $27.91 |
| 10 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $358.14 | $0.00 | $358.14 |
| 11 | M&T Bank<br>»» 103 MOUNTAIN AVE/ATTY FEES 12/15/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 20-13645 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $27,640.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $24,295.75 | Current Monthly Payment: | $1,240.00 |
| Paid to Trustee: | $2,197.32 | Arrearages: | $0.00 |
| Funds on Hand: | $1,146.93 |  |  |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

