# EXHIBIT B

UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
M&T Bank

CASE NO. 20-13645 MBK
CHAPTER 13
Judge: Michael B. Kaplan

In re:

Elizabeth N. Dupras
                Debtor
John M. Dupras
                Co-Debtor

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 10/15/2012

I, Melissa Riley, employed as Assistant Vice President by M&T Bank, hereby certifies the following information:

Recorded on <u>November 4, 2012,</u> in <u>Somerset</u> County, in Book <u>6576, at</u> Page <u>1806-1815</u>.
Property Address: <u>103 Mountain Avenue, Somerville NJ 08876.</u>

Mortgage Holder: <u>M&T Bank</u>

Mortgagor(s)/ Debtor(s): <u>Elizabeth N. Dupras, debtor & John M. Dupras, co-debtor</u>

POST-PETITION PAYMENTS (Petition filed on March 02, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered December 15, 2020. | | | | | - |
| $6,282.86 | | Agreed Order Payment | $6,282.86 | 12/17/2020 | $0.00 |
| $3,141.42 | 12/01/2020 | 12/2020 | $3,141.42 | 12/28/2020 | $0.00 |
| $3,187.39 | 01/01/2021 | 01/2021 | $3,187.39 | 01/11/2021 | $0.00 |
| $3,187.39 | 02/01/2021 | 02/2021 | $3,187.39 | 02/16/2021 | $0.00 |
| $3,187.39 | 03/01/2021 | 03/2021 | $3,187.39 | 03/05/2021 | $0.00 |
| $3,187.39 | 04/01/2021 | 04/2021 | $3,187.39 | 04/21/2021 | $0.00 |
| $3,187.39 | 05/01/2021 | 05/2021 | $3,187.39 | 05/17/2021 | $0.00 |
| $3,187.39 | 06/01/2021 | 06/2021 | $3,187.39 | 06/16/2021 | $0.00 |
| $3,187.39 | 07/01/2021 | 07/2021 | $3,187.39 | 07/23/2021 | $0.00 |
| $3,187.39 | 08/01/2021 | 08/2021 | $9,157.11 | 10/08/2021 | $5,969.72 |
| $3,187.39 | 09/01/2021 | 09/2021 | From Suspense | 10/08/2021 | $2,782.33 |
| $2,782.33 | 10/01/2021 | 10/2021 | From Suspense | 10/08/2021 | $0.00 |
| $2,782.33 | 11/01/2021 | 11/2021 | $2,782.33 | 10/29/2021 | $0.00 |
| $2,782.33 | 12/01/2021 | 12/2021 | $2,782.33 | 12/13/2021 | $0.00 |
| $2,782.33 | 01/01/2022 | 01/2022 | $2,782.33 | 12/28/2021 | $0.00 |

| $2,782.33 | 02/01/2022 | 02/2022 | $2,782.33 | 01/31/2022 | $0.00 |
| $2,782.33 | 03/01/2022 | 03/2022 | $2,782.33 | 04/08/2022 | $0.00 |
| $2,782.33 | 04/01/2022 | 04/2022 | $2,782.33 | 04/18/2022 | $0.00 |
| $2,782.33 | 05/01/2022 | 05/2022 | $2,782.33 | 05/16/2022 | $0.00 |
| $2,782.33 | 06/01/2022 | 06/2022 | $0.00 | | ($2,782.33) |
| $2,782.33 | 07/01/2022 | 07/2022 | $0.00 | | ($5,564.66) |
| Total Due: $65,934.09 | | Total Received: $60,369.43 | | Arrears: $5,564.66 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $2,782.33.
Arrears: $5,564.66.

Each current monthly payment is comprised of:
Effective as of July 27, 2022, the current monthly payment is comprised of:

    Principal and Interest:  $1,757.03_____
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $1,025.30_____ (Specify: Escrow)
    TOTAL  $2,782.33_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 11/24/2020 effective 01/01/2021, filed 08/31/2021 effective 10/01/2021.

PRE-PETITION ARREARS: $44,121.14.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 8/4/2022

Signature: Melissa Riley
Assistant Vice President