Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−13645−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth N Dupras
   103 Mountain Avenue
   Somerville, NJ 08876

Social Security No.:
   xxx−xx−4528

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/13/22 at 09:00 AM

to consider and act upon the following:

*42* − Creditor's Certification of Default (related document:31 Motion for Relief from Co−Debtor Stay of John M. Dupras filed by Creditor M&T Bank, Motion for Relief from Stay re: 103 Mountain Avenue, Somerville, NJ, 08876. Fee Amount $ 181., 33 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 08/25/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/19/22

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court