Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−13645−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Elizabeth N Dupras
  103 Mountain Avenue
  Somerville, NJ 08876

Social Security No.:
  xxx−xx−4528

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/13/22 at 09:00 AM

to consider and act upon the following:

*42* − Creditor's Certification of Default (related document:31 Motion for Relief from Co−Debtor Stay of John M. Dupras filed by Creditor M&T Bank, Motion for Relief from Stay re: 103 Mountain Avenue, Somerville, NJ, 08876. Fee Amount $ 181., 33 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T Bank. Objection deadline is 08/25/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/19/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Elizabeth N Dupras  
    Debtor

Case No. 20-13645-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1  
Date Rcvd: Aug 19, 2022      Form ID: ntchrgbk      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth N Dupras, 103 Mountain Avenue, Somerville, NJ 08876-1405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kirsten B. Ennis | on behalf of Debtor Elizabeth N Dupras pacerecf@ennislegal.com  r53278@notify.bestcase.com,kennis@jubileebk.net |
| Melissa N. Licker | on behalf of Creditor M&T Bank mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5