Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−13645−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth N Dupras
   103 Mountain Avenue
   Somerville, NJ 08876

Social Security No.:
   xxx−xx−4528

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 27, 2022.

Dated: October 27, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Elizabeth N Dupras  
    Debtor

Case No. 20-13645-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 27, 2022      Form ID: plncf13      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth N Dupras, 103 Mountain Avenue, Somerville, NJ 08876-1405 |
| 518745029 | + | Hunterdon Healthcare, PO BOX 71411, Philadelphia, PA 19176-1411 |
| 518745036 | + | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 518745037 | + | Respacare, PO Box 6858, Bridgewater, NJ 08807-0858 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518821949 | | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2022 20:39:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519255384 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2022 20:44:36 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518745027 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 27 2022 20:39:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518794806 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2022 20:44:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518745028 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2022 20:43:59 | Creditonebnk, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518794924 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2022 20:44:18 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518745031 | | Email/Text: Bankruptcy@ICSystem.com | Oct 27 2022 20:39:00 | IC System, Inc., 444 Highway 96 East, P. O. Box 64437, Saint Paul, MN 55164-0437 |
| 518745032 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2022 20:39:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518824747 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 20:44:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518782891 | | Email/Text: camanagement@mtb.com | Oct 27 2022 20:40:00 | M&T BANK, PO BOX 840, BUFFALO, NY 14240 |
| 518745033 | | Email/Text: camanagement@mtb.com | Oct 27 2022 20:40:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 518745034 | | Email/Text: ml-ebn@missionlane.com | Oct 27 2022 20:39:00 | Mission Lane/tab Bank, Po Box 105286, Atlanta, GA 30304 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518745035 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2022 20:44:33 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519012788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 20:44:22 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519012789 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 20:44:39 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518801689 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 20:40:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518745038 | + | Email/Text: clientservices@simonsagency.com | Oct 27 2022 20:40:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 518769116 | + | Email/Text: clientservices@simonsagency.com | Oct 27 2022 20:40:00 | Summit Medical Group, c/o Simon's Agency Inc, PO Box 5026, Syracuse, NY 13220-5026 |
| 518745819 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:44:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518745039 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 27 2022 20:39:00 | Tbom/atls/fortiva Mc, Po Box 105555, Atlanta, GA 30348-5555 |
| 518821348 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 27 2022 20:39:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518745030 | | Husband |
| 519255385 | *+ | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519255387 | *+ | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519309254 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519309255 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: plncf13 | Total Noticed: 27 |

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kirsten B. Ennis | on behalf of Debtor Elizabeth N Dupras pacerecf@ennislegal.com  r53278@notify.bestcase.com,kennis@jubileebk.net |
| Melissa N. Licker | on behalf of Creditor M&T Bank mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5