| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-13645 / MBK**

Elizabeth N Dupras

Petition Filed Date: 03/02/2020
341 Hearing Date: 04/02/2020
Confirmation Date: 05/05/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2022 | $1,240.00 | 81989810 | 02/09/2022 | $1,240.00 | 82623080 | 03/07/2022 | $620.00 | 83237740 |
| 03/09/2022 | $620.00 | 83299640 | 04/18/2022 | $1,240.00 | 83964060 | 05/31/2022 | $1,240.00 | 84934150 |
| 06/13/2022 | $1,240.00 | 85243530 | 07/27/2022 | $1,240.00 | 86101490 | 09/06/2022 | $1,240.00 | 86886140 |
| 10/04/2022 | $1,095.00 | 87398540 | 10/31/2022 | $1,095.00 | 87938640 | 12/05/2022 | $1,095.00 | 88670960 |
| 12/29/2022 | $1,095.00 | 89051130 | 01/26/2023 | $1,095.00 | 89593390 | 03/02/2023 | $1,095.00 | 90297220 |

**Total Receipts for the Period: $16,490.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $42,890.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elizabeth N Dupras | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kirsten B. Ennis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | SUMMIT MEDICAL GROUP | Unsecured Creditors | $616.00 | $0.00 | $616.00 |
| 2 | M&T Bank<br>»» P/103 MOUNTAIN AVE/1ST MTG/ORDER 5/5/2020 | Mortgage Arrears | $44,121.14 | $32,774.75 | $11,346.39 |
| 3 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $288.29 | $0.00 | $288.29 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» FAIR SQUARE | Unsecured Creditors | $279.64 | $0.00 | $279.64 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CELTITC BANK/INDIGO MC | Unsecured Creditors | $448.05 | $0.00 | $448.05 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BANK OF MISSOURI | Unsecured Creditors | $367.03 | $0.00 | $367.03 |
| 7 | ALLY CAPITAL<br>»» 2014 GMC ACADIA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | ALLY CAPITAL<br>»» 2013 KIA SPORTAGE | Debt Secured by Vehicle | $11.22 | $0.00 | $11.22 |
| 9 | ALLY CAPITAL<br>»» 2012 NISSAN MAXIMA | Debt Secured by Vehicle | $43.54 | $30.65 | $12.89 |
| 10 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $358.14 | $0.00 | $358.14 |
| 11 | M&T Bank<br>»» 103 MOUNTAIN AVE/ATTY FEES 12/15/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 20-13645 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | M&T Bank | Mortgage Arrears | $11,129.32 | $2,527.89 | $8,601.43 |
| | »» 103 MOUNTAIN AVE/PP ARREARS 9/13/22 | | | | |
| 13 | M&T Bank | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| | »» 103 MOUNTAIN AVE/ATTY FEES 9/13/22 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,890.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $38,464.29 | Current Monthly Payment: | $1,095.00 |
| Paid to Trustee: | $3,399.48 | Arrearages: | $0.00 |
| Funds on Hand: | $1,026.23 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

