| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Elizabeth N. Dupras,<br><br>　　　　　Debtor. | Case No.: __20-13645__<br>Chapter: __13__<br>Judge: __Michaael B. Kaplan__ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Elizabeth N. Dupras__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __1-22-2024__                         /s/Elizabeth N. Dupras
                                            Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18